# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Google accounts: jessewaite940@gmail.com
haisesan420@gmail.com
jessewaite93@gmail.com
nnoitrag.lga420@gmail.com

Case No. 7:25-mj-1303-RJ

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
Google accounts: jessewaite940@gmail.com, haisesan420@gmail.com, jessewaite93@gmail.com and nnoitrag.lga420@gmail.com.

located in the ___Northern___ District of ___California___, there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B hereto and incorporated herein by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Transmitting a Threat in Interstate Commerce |

The application is based on these facts:
See attached affidavit which is attached hereto and incorporated herein by reference

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Matthew Skinner, S/A Federal Bureau of Investigation
*Printed name and title*

On this day, __Matthew Skinner__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Application for a Search Warrant.

Date: October 22 2025

_____
*Judge's signature*

City and state: Wilmington, North Carolina

Robert B. Jones, Jr., United States Magistrate Judge
*Printed name and title*

CLW

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IN THE MATTER OF THE SEARCH OF:

Google accounts:
jessewaite940@gmail.com
haisesan420@gmail.com
jessewaite93@gmail.com
nnoitrag.lga420@gmail.com

No. 7:25-mj-1303-RJ

UNDER SEAL

## AFFIDAVIT IN SUPPORT OF AN APPLICATION UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE

I, **Matthew Skinner**, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I make this affidavit in support of an application for a search warrant for information associated with jessewaite940@gmail.com, jessewaite93@gmail.com, haisesan420@gmail.com and nnoitrag.lga420@gmail.com that is stored at premises owned, maintained, controlled, or operated by Google LLC ("Google"), an electronic communications service and/or remote computing service provider headquartered at 1600 Amphitheater Parkway, Mountain View, California. The information to be searched includes Google subsidiaries, including YouTube, and is further described in the following paragraphs and in Attachment A.

2. This affidavit is made in support of an application for a search warrant under 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A) to require Google to disclose to the government copies of the information (including the content of communications). These items are further described in Section I of Attachment B. Upon receipt of the information described in Section I of Attachment B, government-authorized persons will review that information to locate

1

CLW

Case 7:25-mj-01303-RJ    Document 1    Filed 10/22/25    Page 2 of 17

the items described in Section II of Attachment B. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable inferences I've drawn from my training, experience, and knowledge of the investigation.

## AFFIANT BACKGROUND

3. I am a Special Agent with the Federal Bureau of Investigation. I have been in this position since 2017. I am currently assigned to the Charlotte Division, Resident Agency located in Wilmington, North Carolina. I am assigned to investigate matters involving domestic terrorism, international terrorism, and online threatening communications, including those laws relating to the federal violations listed below. I have conducted investigations involving counterterrorism, national security matters, violent crime, and an assortment of other violations of federal law. As part of my investigative duties, I have conducted many court-authorized seizures and examinations of numerous digital devices during investigations. I have lead investigations and assisted with other local, state and federal law enforcement officers with surveillance, search warrants, arrests and interviews of persons involved in a variety of both state and federal violations. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Section 2516 of Title 18, United States Code.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents, witnesses, and agencies. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

5. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that the target account belonging to BRANDON WAITE (WAITE) will contain evidence, fruits, and instrumentalities of violations of 18 U.S.C. §875(c) (Communicating interstate threats to kidnap or injure).

## PROBABLE CAUSE

6. On September 11, 2025, the FBI received a proactive, voluntary, emergency disclosure of information from Google containing a series of violent, threatening communications posted over a several month period from June 2025 to November, 2025. Subscriber information for YouTube channel "UCrYf1S9W1TTOqMlTHESeHVA" resolved to an account created on January 9, 2023 with display name Jesse Waite.

7. In its emergency disclosure, Google provided the FBI with the following subscriber information:

> Display Name: Jesse Waite
>
> Email: jessewaite940@gmail.com
>
> Recovery e-Mail: Haisesan420@gmail.com
>
> Recovery e-Mail: Jessewaite93@gmail.com
>
> YouTube Channel:
>
> https://www.youtube.com/channel/UCrYf1S9W1TTOqMlTHESeHVA
>
> Phone Number: +12527259560
>
> IP Addresses: 2603:6080:e800:c522:493f:5d94:8132:919c (Carteret, NC)
>
> Birthday (Month Day, Year): August 13, 1964
>
> Address: 502 Carteret Ave, Beaufort, NC 28516
>
> Creation Date: 01/09/2023

3

8. The violent, threatening nature of comments posted by WAITE during the four-month period between June 26, 2025 and September 11, 2025, which Google detected and provided, included the following:

> 9/11/2025- "You fucking Democrats are fucking scumbags. How many Republicans have you Democrats murdered? You goddamn fucking democrats all need to Die. You cocksuckers hate America so much why the fuck are you hear? You fucking democrats love faggots and illegal immigrants. I hope everyone you democrats love get murdered. Fuck you Democrats and faggots I hope you all DIE. YOU WANT TO START A WAR WITH US REPUBLICANS ITS ALREADY STARTED. FUCK YOU DEMOCRATS."

> 9/7/2025- "I'm going to start killing niggers"

> 8/23/2025- "You let niggers have a place for themselves it would be ruined everything would be destroyed. But they would blame us white people. Niggers are animals."

> 7/7/2025- "Niggers think its funny when a Nigger murders a white person. But when a white person murderes a nigger everyone cry's about it. All niggers need to die"

> 7/3/2025- "Im a racist I hate niggers mexicans Chinese Japanese and Faggots"

> 6/26/2025- "Kill all Democrats"

4

9. I sent a preservation letter to YouTube for accounts associated with Jessewaite940@gmail.com, jessewaite93@gmail.com and haisesan420@gmail.com on 9/24/2025.

10. On 10/01/2025, I conducted surveillance of 502 Carteret Ave, Apt D, Beaufort, NC 28516 and observed Jesse Waite in the parking lot. I initiated a conversation with Jesse who stated that he does not have a phone and does not communicate via email. When asked about the jessewaite940@gmail.com Jesse stated that it was used to create a YouTube account but that he no longer used it. Jesse allowed me into his residence and introduced me to his son, Brandon. Brandon admitted to using the above-described YouTube channel to comment on videos however he did not recall the phrasing of any specific comments.

11. While in the residence, I observed over twenty knives that were displayed on the walls and tables of the residence.

12. Brandon Waite provided the following emails and phone numbers for himself:

Phone Number: 252 930 5959

Email: jessewaite940@gmail.com

   haisesan420@gmail.com

   nnoitrag.lga420@gmail.com

13. In terms of other possible residents, Jesse and Brandon are the only occupants of 502 Carteret Ave, Apt D, Beaufort, NC 28516.

## BACKGROUND CONCERNING GOOGLE

14. Google is a United States company that offers to the public through its Google Accounts a variety of online services, including email, cloud storage, digital payments, and

5

productivity applications, which can be accessed through a web browser or mobile applications. Google also offers to anyone, whether or not they have a Google Account, a free web browser called Google Chrome, a free search engine called Google Search, a free video streaming site called YouTube, a free mapping service called Google Maps, and a free traffic tracking service called Waze. Many of these free services offer additional functionality if the user signs into their Google Account.

15. In addition, Google offers an operating system ("OS") for mobile devices, including cellular phones, known as Android. Google also sells devices, including laptops, mobile phones, tablets, smart speakers, security cameras, and wireless routers. Users of Android and Google devices are prompted to connect their device to a Google Account when they first turn on the device, and a Google Account is required for certain functionalities on these devices.

16. Signing up for a Google Account automatically generates an email address at the domain gmail.com. That email address will be the log-in username for access to the Google Account.

17. Google advertises its services as "One Account. All of Google working for you." Once logged into a Google Account, a user can connect to Google's full suite of services offered to the general public, described in further detail below. In addition, Google keeps certain records indicating ownership and usage of the Google Account across services, described further after the description of services below.

18. Google integrates its various services to make it easier for Google Accounts to access the full Google suite of services. For example, users accessing their Google Account through their browser can toggle between Google Services via a toolbar displayed on the top of most Google service pages, including Gmail and Drive. Google Hangout, Meet, and Chat

CLW

conversations pop up within the same browser window as Gmail. Attachments in Gmail are displayed with a button that allows the user to save the attachment directly to Google Drive. If someone shares a document with a Google Account user in Google Docs, the contact information for that individual will be saved in the user's Google Contacts. Google Voice voicemail transcripts and missed call notifications can be sent to a user's Gmail account. And if a user logs into their Google Account on the Chrome browser, their subsequent Chrome browser and Google Search activity is associated with that Google Account, depending on user settings.

19. When individuals register with Google for a Google Account, Google asks users to provide certain personal identifying information, including the user's full name, telephone number, birthday, and gender. If a user is paying for services, the user must also provide a physical address and means and source of payment.

20. Google typically retains and can provide certain transactional information about the creation and use of each account on its system. Google captures the date on which the account was created, the length of service, log-in times and durations, the types of services utilized by the Google Account, the status of the account (including whether the account is inactive or closed), the methods used to connect to the account (such as logging into the account via Google's website or using a mobile application), details about the devices used to access the account, and other log files that reflect usage of the account. In addition, Google keeps records of the Internet Protocol ("IP") addresses used to register the account and accept Google's terms of service, as well as the IP addresses associated with particular logins to the account. Because every device that connects to the Internet must use an IP address, IP address information can help to identify which computers or other devices were used to access the Google Account.

7

21. Google maintains the communications, files, and associated records for each service used by a Google Account on servers under its control. Even after a user deletes a communication or file from their Google Account, it may continue to be available on Google's servers for a certain period of time.

22. In my training and experience, evidence of who was using Google and from where, and evidence related to criminal activity of the kind described above, may be found in the files and records described above. This evidence may establish the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or, alternatively, to exclude the innocent from further suspicion.

23. For example, the stored communications and files connected to the Google accounts may provide direct evidence of the interstate communication of true threats. For example, such evidence may provide direct evidence of the identity of the author of the threatening messages, the motives of the sender in sending the messages, the intent of the sender, the location from which the messages were sent, and the electronic devices or accounts used to send the messages. Based on my training and experience, instant messages, voice messages, photos, videos, and documents are often created and used in furtherance of criminal activity, including to communicate and facilitate online threats.

24. In addition, the user's account activity, logs, stored electronic communications, and other data retained by Google can indicate who has used or controlled the account. This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence. For example, subscriber information, messaging logs, photos, and videos (and the data associated with the foregoing, such as date and time), may be evidence of who used or controlled the account at a relevant time. As an example, because every device has unique

8

hardware and software identifiers, and because every device that connects to the Internet must use an IP address, IP address and device identifier information can help to identify which computers or other devices were used to access the account. Such information also allows investigators to understand the geographic and chronological context of access, use, and events relating to the crime under investigation. Other information connected to the use of a Google account may lead to the discovery of additional evidence. For example, the apps downloaded from the Google Play store may reveal services used in furtherance of the crimes under investigation or services used to communicate with co-conspirators. In addition, emails, instant messages, Internet activity, documents, and contact and calendar information can lead to the identification of co-conspirators and instrumentalities of the crimes under investigation.

25. Therefore, Google's servers are likely to contain stored electronic communications and information concerning subscribers and their use of Google services. In my training and experience, such information may constitute evidence of the crimes under investigation including information that can be used to identify the account's user or users.

(reminder of page left intentionally blank)

## CONCLUSION

26. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that the target accounts belonging to Brandon Waite will contain evidence, fruits, and instrumentalities of violations of 18 U.S.C. §875(c) Communicate Threats to Kidnap or Injure. Consequently, there is probable cause to search the target accounts described in Attachment A for evidence, instrumentalities, contraband, or fruits of this violation, as further described in Attachment B.

Respectfully submitted,

Matthew Skinner
Special Agent
Federal Bureau of Investigation

Pursuant to Rule 4.1 of the Federal Rules of Criminal Procedure, the affiant appeared before me via reliable electronic means, telephone, was placed under oath and attested to the contents of this affidavit this 22 day of October 2025.

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE

## ATTACHMENT A

*Property to be searched*

This warrant applies to information associated with the accounts:

1. jessewaite940@gmail.com, haisesan420@gmail.com, jessewaite93@gmail.com and nnoitrag.leo420@gmail.com which are stored at premises owned, maintained, controlled, or operated by: Google LLC a company headquartered at 1600 Amphitheatre Parkway, Mountain View, CA 94043.

11

## ATTACHMENT B

*Particular Things to be Seized*

**I.     Google LLC ("Google")**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, regardless of whether such information is located within or outside of the United States, and including any emails, records, files, logs, or information that has been deleted but is still available to Google for the account haisesan420@gmail.com, jessewaite940@gmail.com, nnoitrag.lga420@gmail.com, jessewaite93@gmail.com. Google is required to disclose to the government for each account or identifier listed in Attachment A the following information from account creation until present, unless otherwise indicated:

a. All business records and subscriber information, in any form kept, pertaining to the Account, including:

1. Names (including subscriber names, usernames, and screen names).

2. Addresses (including mailing addresses, residential addresses, business addresses, and email addresses, including alternate and recovery email addresses).

3. Telephone numbers, including SMS recovery and alternate sign-in numbers.

4. Records of session times and durations, and the temporarily assigned network addresses (such as Internet Protocol ("IP") addresses) associated

12

CL.W

Case 7:25-mj-01303-RJ     Document 1     Filed 10/22/25     Page 13 of 17

with those sessions, including log-in IP addresses.

5. Telephone or instrument numbers or other subscriber numbers or identities, including any temporarily assigned network address, SMS recovery numbers, Google Voice numbers, and alternate sign-in numbers

6. Length of service (including start date and creation IP) and types of service utilized.

7. Means and source of payment (including any credit card or bank account number); and

8. Change history.

9. Searches related to demographic populations based on political views, race, ethnicity or sexuality.

10. Content for applications owned by Google, including YouTube, attributed to jessewaite940@gmail.com, haisesan420@gmail.com, jessewaite93@gmail.com and nnoitrag.lga@gmail.com.

b. All device information associated with the Account, including but not limited to, manufacture names, model numbers, serial number, media access control (MAC) addresses, international mobile equipment identifier (IMEI) numbers, FCC ID numbers, Android IDs, and telephone numbers.

c. Records of user activity for each connection made to or from the Account(s), including, for all Google services, the date, time, length, and method of

13

connection, data transfer volume, usernames, source and destination IP address, name of accessed Google service, and all activity logs.

> 1. All content (whether created, uploaded, or shared by or with the Account), records, and other information relating to videos and images from account creation to current date.
>
> 2. All content, records, and other information relating to communications sent from or received by the Account from the account's creation to the current date.
>
> 3. All content, records, and other information relating to all other interactions between the Google account and other accounts from account creation to the current date, including but not limited to:
>
>> i. All records of searches performed by the account from account creation to current date.
>>
>> ii. All location information, including location history, login activity, information geotags, and related metadata from account creation to current date.

Google is hereby ordered to disclose the above information to the government within 14 days of the issuance of this warrant.

14

II. **Information to be seized by the government**

All information described above in Section I that constitutes fruits, contraband, evidence, and/or instrumentalities of violations Title 18 U.S.C 875 – threatening communications transmitted across state lines or internationally, those violations involving an unknown suspect or suspects associated with the information to be searched and occurring after 2/1/2025, including, for each Account or identifier listed on Attachment A, information pertaining to the following matters:

a. Any and all evidence related to providing material support to foreign terrorist organizations including writings, literature, communications, objects, and paraphernalia.

b. Any and all evidence of any communications through any social media accounts; or otherwise that reflect or related to providing material support to foreign terrorist organizations.

c. Records of Internet activity, including logs, caches, browser history and cookies; "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

d. Evidence indicating how and when the Google account was accessed or used, to; determine the chronological and geographic context of account access, use,

15

and events relating to the crime under investigation and to the Google account owner.

e. Evidence indicating the Google account owner's state of mind as it relates to the crime under investigation.

f. The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

g. The identity of the person(s) who communicated with the user ID about matters relating to interstate communication of online true threats, including records that help reveal their whereabouts.

This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.